# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# O'BAGEL

**Reg. No. 6,613,917**

**Registered Jan. 11, 2022**

**Int. Cl.: 25, 29, 30**

**Trademark**

**Principal Register**

SEH Holdings LLC  (WYOMING LIMITED LIABILITY COMPANY)
1620 Central Avenue Ste 202
CHEYENNE, WYOMING 82001

CLASS 25: Clothing, namely, t-shirts, sweatshirts, hats and aprons

FIRST USE 2-1-1995; IN COMMERCE 2-1-2000

CLASS 29: spreads, namely, cream cheese, tofu, fruit spreads, namely, jams and jellies

FIRST USE 2-1-2021; IN COMMERCE 2-1-2021

CLASS 30: Bakery goods, bialys, Coffee, coffee beans; flours and preparations made from grains for making bagels, bagels, bagel chips; bagel sticks; spreads, namely, cream cheese, tofu, fruit spreads, namely, jams and jellies, honey, yeast, sauces; spices; sandwiches, pizzas and tea based beverages

FIRST USE 2-1-1995; IN COMMERCE 2-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-547,092, FILED 02-25-2021



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# Exhibit 3

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,613,963**
**Registered Jan. 11, 2022**
**Int. Cl.: 43**
**Service Mark**
**Principal Register**

HEH Holdings LLC (WYOMING LIMITED LIABILITY COMPANY)
1620 Central Avenue Ste 202
CHEYENNE, WYOMING 82001

CLASS 43: Cafe, delicatessen, restaurant and catering services featuring bagels, cream cheese, spreads, salads, appetizing salads, sandwiches, soups and beverages for consumption on and off the premises

FIRST USE 2-1-1995; IN COMMERCE 2-1-2005

The mark consists of the word "O'Bagel" with a cartoon figure of a person dressed in a baker's uniform standing behind the "O" to symbolize a bagel and holding the apostrophe in his raised left hand with the word "Bagel" written to the right.

SER. NO. 90-547,422, FILED 02-25-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# Exhibit 4

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,613,979**
**Registered Jan. 11, 2022**
**Int. Cl.: 43**
**Service Mark**
**Principal Register**

HEH Holdings LLC  (WYOMING LIMITED LIABILITY COMPANY)
1620 Central Avenue Ste 202
CHEYENNE, WYOMING 82001

CLASS 43: Cafe, delicatessen, restaurant and catering services featuring bagels, cream cheese, spreads, salads, appetizing salads, sandwiches, soups and beverages for consumption on and off the premises

FIRST USE 2-1-1995; IN COMMERCE 2-1-2005

The mark consists of the words "O'Bagel" with a cartoon figure of a person dressed in a baker's uniform standing behind the "O" which symbolizes a bagel and the words "EST. 1995" written at the bottom of the "O".

No claim is made to the exclusive right to use the following apart from the mark as shown: "EST. 1995"

SER. NO. 90-547,505, FILED 02-25-2021



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# Exhibit 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-246-505**
**Effective Date of Registration:**
February 25, 2021
**Registration Decision Date:**
April 09, 2021



## Title

| | |
|---|---|
| **Title of Work:** | O'Bagel Baker All in one Artistic Logo |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 01, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | HEH Holdings LLC |
| **Author Created:** | 2-D artwork, Artistic Logo |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | HEH Holdings LLC |
| | 1620 Central Avenue, Ste 202, CHEYENNE, WY, 82001, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Reppert Kelly & Vytell LLC |
| **Name:** | Lisa Reppert |
| **Email:** | lreppert@rkvfirm.com |
| **Telephone:** | (908)605-2120 |
| **Address:** | 110 Allen Rd Suite 208 |
| | BASKING RIDGE, NJ 07920 United States |

## Certification

**Name:** Lisa Reppert
**Date:** February 25, 2021
**Applicant's Tracking Number:** O'Bagel Baker All in one

**Copyright Office notes:** Basis for Registration: registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.

# Exhibit 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-246-508
**Effective Date of Registration:**
February 25, 2021
**Registration Decision Date:**
April 09, 2021

## Title
**Title of Work:** Baker + O'Bagel Horizontal Logo

## Completion/Publication
**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United States

## Author
- **Author:** HEH Holdings LLC
  **Author Created:** 2-D artwork, Artistic Logo
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
**Copyright Claimant:** HEH Holdings LLC
1620 Central Avenue, Ste 202, CHEYENNE, WY, 82001, United States

## Rights and Permissions
**Organization Name:** Reppert Kelly & Vytell LLC
**Name:** Lisa Reppert
**Email:** lreppert@rkvfirm.com
**Telephone:** (908)605-2120
**Address:** 110 Allen Rd Suite 208
BASKING RIDGE, NJ 07920 United States

## Certification

Page 1 of 2

| | |
|---:|:---|
| **Name:** | Lisa Reppert |
| **Date**: | February 25, 2021 |
| **Applicant's Tracking Number**: | Baker + O'Bagel HorizonLogo |

| | |
|---:|:---|
| **Copyright Office notes:** | Basis for Registration: registration is based on the artwork/illustration in the logo.  Copyright does not protect names, titles, short phrases or slogans.  37 C.F.R. 202.1. |